512 A.2d 1071

James STAVROPOULOS

v.

HOUSING AUTHORITY OF BALTIMORE CITY.

No. 67, Sept. Term, 1986.

Court of Appeals of Maryland.

July 29, 1986.

Mary W. Coffey and Ilene J. Jacobs, of Legal Aid Bureau, Baltimore, for appellant.

Carol E. Smith, Baltimore, for appellee.

Submitted before MURPHY, C.J., and SMITH, EL-DRIDGE, COLE, RODOWSKY, COUCH, and McAULIFFE, JJ.

PER CURIAM.

## ORDER

The Court having granted the petition for a writ of certiorari in the above entitled case, it is this 29th day of July, 1986

ORDERED, by the Court of Appeals of Maryland, that the judgment of the Circuit Court for Baltimore City be, and it is hereby, vacated and the case remanded to that court for consideration of the appeal on the record. See *Carroll v. Housing Opportunities Commission*, 306 Md. 515, 510 A.2d 540 (1986). Costs to be paid by appellee.